ACCEPTED
01-15-00818-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 2:40:00 PM
CHRISTOPHER PRINE
CLERK

NO. 2014-30215

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT OF |
| | § | FILED IN |
| EVANGELINA LOPEZ GUZMAN | § | 1st COURT OF APPEALS |
| ZARAGOZA, | § | HOUSTON, TEXAS |
| | § | 9/29/2015 2:40:00 PM |
| AND | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| MIGUEL ZARAGOZA FUENTES and CO- | § | |
| RESPONDENTS, ELSA ESTHER | § | |
| CARRILLO ANCHONDO, ROBERT DALE | § | HARRIS COUNTY, TEXAS |
| BAUCOM, ERNESTO CARRILLO, | § | |
| RAOUL GISLER, EVANGELINA | § | |
| ZARAGOZA LOPEZ, MYRNA ALICIA | § | |
| ZARAGOZA LOPEZ, ABBINGDON | § | |
| MARINE, INC., CADOGAN PROPERTIES, | § | |
| INC., DADE AVIATION, INC., EZAR | § | |
| MANAGEMENT, L.L.C., EZAR | § | |
| PROPERTIES, L.P., TEXAS LPG | § | |
| STORAGE COMPANY, AND TEXAS | § | |
| OVERSEAS GAS CORP. | § | 245TH JUDICIAL DISTRICT |

## DESIGNATION OF MATERIALS FOR CLERK'S RECORD

Pursuant to Texas Rule of Appellate Procedure 34.5(b), Respondent/Appellant, Miguel Zaragoza Fuentes, files this designation of materials to be included in the clerk's record for appeal:

1.     Appellant filed a notice of appeal on September 24, 2015, which is an interlocutory appeal of an injunction order signed on September 2, 2015.

2.     The appeal has been assigned to the First Court of Appeals, Houston, Texas. The cause number in the court of appeals is 01-15-00818-CV.

3.     Appellant designates the following materials to be included in the Clerk's Record in the appeal for the above-referenced matter:

| 1. | 05-27-2014 | Original Petition for Divorce |
|---|---|---|
| 2. | 10-09-2014 | First Amended Petition for Divorce |
| 3. | 07-07-2014 | Respondent Miguel Zaragoza Fuentes Special Appearance |
| 4. | 07-07-2014 | Respondent's Motion for Continuance, Subject to Special Appearance |
| 5. | 06-26-2015 | Petitioner's First Amended Motion for Clarifications and Additional Injunctions, with Exhibit |
| 6. | 06-26-2015 | Response to Motion for Clarifications and Additional Temporary Orders |
| 7. | 07-16-2015 | Co-Respondent Myrna Alicia Zaragoza Lopez's Objection to Petitioner's proposed Order on July 13, 2015 hearing |
| 8. | 07-16-2015 | Proposed Order on Petitioner's First Amended Motion for Clarifications and Additional Injunctions for Temporary Orders. |
| 9. | 07-17-2015 | Petitioner's Objections to Co-Respondent's Proposed Order |
| 10. | 07-20-2015 | Proposed Clarifications and Additional Injunctions for Temporary Orders, with Exhibits |
| 11. | 09-02-2015 | Order signed Granting Temporary Injunction |
| 12. | 09-24-2015 | Notice of Appeal |
| 13. | | Bill of Costs |
| 14. | | Docket Sheet |

4.     Upon completion of the certified Clerk's Record, please forward same to the Clerk of the First Court of Appeals as is your usual practice.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE
    WILLIAMS & AUGHTRY

By:    /s/  Kevin D. Jewell
       Kevin D. Jewell
       Texas Bar No. 00787769
       1200 Smith Street, Suite 1400
       Houston, Texas  77002
       (713) 658-1818 (Tel.)
       (713) 658-2553 (Fax)
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on this the 29th day of September, 2015 by electronic service, facsimile and/or certified mail, return receipt requested, or hand delivery, to the attorneys and/or parties listed below.

*Via electronic service*:
Jeanne Caldwell McDowell
Rebekah H. Birdwell
The Law Offices of Jeanne Caldwell McDowell
603 Avondale
Houston, Texas 77006
*Attorneys for Petitioner/Appellee*

*Via electronic service*:
Mary Olga Lovett
Greenberg Traurig, L.L.P.
1000 Louisiana, Suite 1700
Houston, Texas 77002
*Attorneys for Petitioner/Appellee*

*Via electronic service*:
J. Lindsey Short
Adam J. Morris
Short Carter Morris
1177 West Loop South, Suite 700
Houston, Texas  77027-9016
*Attorneys for Co-Respondent, Raoul Gisler*

*Via electronic service*:
Ricardo L. Ramos
440 Louisiana Street, Suite 1450
Houston, Texas 77002
*Attorneys for Co-Respondent, Texas LPG Storage Company*

*Via electronic service*:
Stewart W. Gagnon
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
*Attorneys for Intervenor,*
*Maria Laura Zaragoza Rodriguez de Reyes*

/s/      Kevin D. Jewell
Kevin D. Jewell